AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ST ANDREWS LINKS LIMITED <br><br> *Plaintiff(s)* <br><br> v. <br><br> AJ SHARP LIMITED trading as ENGLISH PEWTER COMPANY, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-cv-5660 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
AJ SHARP LIMITED  
411 Petre Street, Sheffield  
South Yorkshire, S4 8LL  
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seth L. Berman  
NIXON PEABODY LLP  
50 Jericho Quadrangle, Suite 300  
Jericho, New York 11753

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*